In the Matter of EDWARD LILLIAN, Appellant, against JAMES S. WATSON et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

In the Matter of VINCENT SALADINO, Appellant, against JOSEPH D. MC-GOLDRICK, as State Rent Administrator, Respondent.— Order unanimously modified so as to remit the matter to the State Rent Administrator for further consideration. The authority of the Administrator to fix the maximum rent is recognized. It seems to us, however, that the rent may have been fixed at too low a figure. The comparable apartment relied on by the Administrator was leased by the landlord's daughter and may well have been at a nonobjective rent. The rent of the apartment on the first floor in the subject house indicates a value for the subject apartment higher than that fixed. As so modified the order is affirmed. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

ADOLF LEON, Appellant, v. LA ROCHE & Co., Respondent.— Order unanimously modified so as to fix the additional undertaking at $35,000, making a total of $46,641.06. We think that this sum should be sufficient to cover all items that may be reasonably anticipated. As so modified the order is affirmed. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

ETHEL KAHN, Appellant, v. NAT KAHN, Respondent.— Order unanimously modified by granting the cross motion to the extent of referring to an official referee to hear and report to Special Term the question as to the ability of defendant to comply with the alimony provision of the judgment. A plenary inquiry should be made into the financial circumstances of defendant before any change is made in the provisions for payment of permanent alimony. As so modified the order is affirmed. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

SOLOMON MELUP, Respondent, v. ASSICURAZIONI GENERALI, Also Known as GENERAL INSURANCE COMPANY LTD. OF TRIESTE AND VENICE, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

OCEANIC SERVICE CORPORATION, Respondent, v. ISBRANDTSEN COMPANY, INC., Appellant.— Order unanimously modified so as to provide for the limitation of the demand to item 1, up to and including item 1 (g). We think that the particulars thus allowed should be sufficient. Items 1 (h) to 1 (w) are eliminated. As so modified the order is affirmed. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.